JS-6

UNITED STATES DISTRICT COURT

CENTRAL DISTRICT OF CALIFORNIA

ROBERT LEE MANNING JR.,

        Plaintiff,

        v.

COZENA SHELTON, DAVID T.
QUEZADA, CHARLES E.
HAUPTMAN, and HOUSING
AUTHORITY OF THE CITY OF LOS
ANGELES,

        Defendants.

CV 12-3058 PA (SHx)

JUDGMENT

Pursuant to the Court's February 25, 2013 order dismissing Plaintiff's claims against Cozena Shelton, David T. Quezada, and Charles E. Hauptman and the Court's January 6, 2014 order granting summary judgment in favor of defendant Housing Authority of the City of Los Angeles,

IT IS HEREBY ORDERED, ADJUDGED, AND DECREED that Defendants shall have judgment in their favor against plaintiff Robert Lee Manning, Jr. and that Plaintiff take nothing.

IT IS FURTHER ORDERED, ADJUDGED, AND DECREED that Plaintiff's Complaint is dismissed with prejudice.

1        IT IS FURTHER ORDERED, ADJUDGED, AND DECREED that Defendants shall

2  have their costs of suit.

3

4  DATED: January 6, 2014

5                                                 _____

6                                                       Percy Anderson

7                                       UNITED STATES DISTRICT JUDGE